IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GARY EDGAR,

                Plaintiff,                ORDER

   v.                                  09-cv-0264-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

On April 30, 2009, this court granted plaintiff Gary Edgar's application for leave to proceed *in forma pauperis*, on the condition that plaintiff supplement his *pro se* complaint with information identifying the administrative decision that he is challenging. Plaintiff has satisfied that condition. He has submitted a letter from the Appeals Council which indicates that petitioner is challenging an administrative law judge's decision dated December 14, 2006. With that information, the commissioner should be able to respond to the complaint.

Accordingly, plaintiff's May 13, 2009 submissions shall be deemed to be an amendment to the complaint. The clerk of court shall issue summons forms and mail them to plaintiff so that he may serve defendant.

Plaintiff is challenging an order of an officer of the United States. Therefore, under Fed. R. Civ. P. 4(i)(2)(A), plaintiff must do the following:

    1. Serve the United States in the manner prescribed by Rule 4(i)(1). To do that, he must deliver a copy of the summons and complaint to Eric Peterson, the United States Attorney for the Western District of Wisconsin. Alternatively, he can send a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk of the office of the United States Attorney, P.O. Box 1585, Madison, WI 53701-1585. In addition, plaintiff must

    2. Send a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at the Department of Justice in Washington, District of Columbia, 20530; AND

3. Send of a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, Michael J. Astrue, 6401 Security Blvd., Baltimore, MD, 21235.

Entered this 20th of May, 2009.

> BY THE COURT:
>
> /s/
> _____
> STEPHEN L. CROCKER
> Magistrate Judge